■ ANGELO BIANCHI, Respondent, v ELEANOR R. LEWIS, Appellant, et al., Defendants. (And Another Action.) — Appeal from orders of the Supreme Court at Special Term (Hughes, J.), entered November 23, 1983 in Schenectady County, which denied motions by defendant Eleanor R. Lewis for protective orders and directed disclosure of accident reports. ¶ Orders affirmed, with

---

costs (see *Vandenburgh v Columbia Mem. Hosp.*, 91 AD2d 710). Main, J. P., Casey, Yesawich, Jr., and Harvey, JJ., concur.